The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Jairo ESPINOZA PALACIOS et al.,

Petitioners,

v.

Laura HERMOSILLO et al.,

Respondents.

Case No. 2:26-cv-491-JNW

**STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR FEES AND COSTS UNDER EAJA**

Note on Motion Calendar:
November 17, 2026

For good cause, Petitioners and Federal Respondents, by and through their counsel of record, jointly stipulate and move to extend Petitioners' deadline to file any post-judgment motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, until 90 days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223 (S. Ct. filed Apr. 20, 2026).

The Court granted Petitioners' habeas petition and entered judgment on March 11, 2026. *See* Dkts. 24 & 25. Under 28 U.S.C. § 2412(d)(1)(B), a party seeking EAJA fees is required to file a motion "within thirty days of final judgment in the action,"[1] and for purposes of EAJA, a "final judgment" means a judgment that is final and not appealable, *id.* § 2412(d)(2)(G).

[1] The thirty-day deadline to file a motion under 28 U.S.C. § 2412(d)(1)(B) is non-jurisdictional and may be extended. *See Scarborough v. Principi*, 541 U.S. 410, 413 (2004).

Respondents filed a notice of appeal on May 11, 2026, Dkt. 27. On July 20, 2026, the Ninth Circuit dismissed the appeal under Fed. R. Civ. P. 42(b). Dkt. 29. Under circuit law, "[t]he thirty-day deadline to file an application for attorney's fees under EAJA does not begin to run until after the ninety-day period during which a party may seek a writ of certiorari from the United States Supreme Court," and this "post-judgment appeal period applies for purposes of EAJA even if entry of the judgment was made pursuant to the government's request." *Li v. Keisler*, 505 F.3d 913, 916–17 (9th Cir. 2007). Accordingly, Petitioners' EAJA deadline is currently November 17, 2026.

The EAJA provides that a party who prevails against the government "in any civil action (other than cases sounding in tort)" may seek an award of fees and costs. 28 U.S.C. § 2412(d)(1)(A)–(B). On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios*, 146 S. Ct. 2789 (2026), on the issue of whether the phrase "any civil action" in the EAJA encompasses an action seeking a writ of habeas corpus to challenge civil immigration detention. The parties have conferred and agree that extending Petitioners' EAJA deadline until after the Supreme Court decides *Montoya Palacios* would promote judicial efficiency and conserve judicial resources.

Accordingly, the parties respectfully request that the Court extend the deadline for Petitioners' motion for fees from November 17, 2026, until 90 days after the Supreme Court issues its decision in *Montoya Palacios*.

Respectfully submitted this 17th day of November, 2026.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Amanda Ng*
Amanda Ng, WSBA No. 57181
amanda@nwirp.org

**I certify that this motion contains 409 words, in compliance with the Local Civil Rules.*

Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Petitioners*

s/ Michelle Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: (253) 428-3824
Fax: (253) 428-3826
Email: michelle.lambert@usdoj.gov

*Attorney for Federal Respondents*

**ORDER**

The parties having stipulated and agreed, Petitioners' deadline to file a motion for attorneys' fees shall be extended until 90 days after the Supreme Court issues its decision in *Montoya Palacios*.

IT IS SO ORDERED.

DATED this 18th day of November, 2026.

Jamal N. Whitehead
United States District Judge